ACCEPTED
01-14-00337-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 9:36:01 AM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00337-CR
## IN THE COURT OF APPEALS
## FOR THE
## FIRST JUDICIAL DISTRICT OF TEXAS
## AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/12/2015 9:36:01 AM
CHRISTOPHER A. PRINE
Clerk

### FAROUK DAVID ODARIKO, APPELLANT

**v.**

### THE STATE OF TEXAS, APPELLEE

### STATE'S MOTION FOR EXTENSION OF TIME

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, and moves this Court to grant an extension of time for the State to file its brief in the above styled and numbered cause. In support thereof, the State would show the following:

1. The Clerk's Record was filed in this case on May 29, 2014.

2. The Reporter's Record was filed in this case on September 15, 2014.

3. The State's brief in this cause is due on January 12, 2015. Appellant was granted two extensions of time to file his brief. The State has not filed any previous requests for extension of time to file its brief in this cause.

4. The State's attorney assigned to this case currently has many other pending matters including several pending appeals, writs, and an oral argument in a death penalty case, *Andrus v. State*, AP-76,936, set for oral argument in El Paso, Texas on February 5, 2015.

5. In light of the many other matters the State's attorney has currently pending, the State would request that the deadline to file the State's brief be extended sixty (60) days.

6. This extension is not sought for the sole purpose of delay.

WHEREFORE, PREMISES CONSIDERED, the State prays that this Honorable Court grant this motion and extend the deadline for filing the State's brief in this case.

Respectfully submitted,

/s/ Jason Bennyhoff

JASON BENNYHOFF
ASST. DISTRICT ATTORNEY
Fort Bend County, Texas
State Bar Number 24050277
1422 Eugene Heimann Cir.
Richmond, Texas 77469
Phone: (281) 238-3352
Fax: (281) 238-3366

## CERTIFICATE OF SERVICE

I, Jason Bennyhoff, do hereby certify that a true and correct copy of the foregoing Motion was sent to counsel for the Appellant on January 12, 2015, via the EFile Texas system at the email address provided by Appellant's counsel.

David Disher
disherdave@aol.com
Counsel for Appellant

/s/ Jason Bennyhoff
Jason Bennyhoff